UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



## BILL OF INFORMATION FOR TAKING AND ATTEMPTING TO TAKE DUCKS WHILE IN POSSESSION OF SHOT SHELLS LOADED WITH LEAD SHOT

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 07-204 |
| versus : | |
| : | 16 U.S.C. § 703 |
| JOHN C. FLENIKEN : | |

**THE UNITED STATES ATTORNEY CHARGES:**

On or about December 20, 2006, in the Middle District of Louisiana, the defendant, **JOHN C. FLENIKEN,** did take and attempt to take ducks while in possession of shot shells loaded with lead shot.

The above is a violation of Title 16 U.S.C. § 703 and 50 CFR 20.21(j).

UNITED STATES OF AMERICA, by

DAVID R. DUGAS
UNITED STATES ATTORNEY

DATE: August 20, 2007

RYAN D. MCCONNELL
ASSISTANT U.S. ATTORNEY

Case 3:07-cr-00204-DLD   Document 1   08/20/07   Page 1 of 2

| | | | |
|---|---|---|---|
| | Criminal Cover Sheet | | U.S. District Court |

**Place of Offense:**            **Matter to be sealed:** ☒ No   ☐ Yes

City _____     **Related Case Information:**

County/Parish  Iberville         Superseding Indictment _____ Docket Number _____
                                 Same Defendant _____       New Defendant _____
   ** Sgt. Flip Siragusa         Magistrate Case Number _____
      Wildlife & Fisheries       Search Warrant Case No. _____
                                 R 20/ R 40 from District of _____
                                 Any Other Related Cases: _____

**Defendant Information:**

Defendant Name   John C. Fleniken

**U.S. Attorney Information:**

AUSA         Ryan D. McConnell                           Bar # 

**Interpreter:** ☒ No  ☐ Yes    **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____  Already in Federal Custody as of _____
_____  Already in State Custody
_____  On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___1___     ☐ Petty   ☒ Misdemeanor   ☐ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| set 1  16 U.S.C. 703 | Taking and attempting to take ducks while in possession of shot shells loaded with lead shot | 1 |
| set 2 | | |
| set 3 | | |

Date: _8/20/07_    (May be continued on second sheet)
                   Signature of AUSA: _[signature]_

District Court Case Number (To be filled in by deputy clerk): _____