# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

-vs-

CRIMINAL

| Defendant | Case No. |
|---|---|
| CHRISTOPHER B. WHEAT; | NO. 07-186-DLD |
| LARRY W. HOPKINS; | NO. 07-196-DLD |
| TERRY B. BURKETT and MYLES A. BERGERON; | NO. 07-212-DLD |
| WILLIAM S. MCMAHAN; | NO. 07-190-DLD |
| JOHN C. FLENIKEN; | NO. 07-204-DLD |
| ELIOT C. LABBE, III and MICHAEL G. LANDRUM and JOHN A. LANGLOIS; | NO. 07-211-DLD |
| KENNEY B. BURRIS; | NO. 07-201-DLD |
| JOHN A. MAYERS; | NO. 07-198-DLD |
| KENNETH L. ASHFORD; | NO. 07-206-DLD |
| JAMES M. WOLFE; | NO. 07-207-DLD |
| CURTIS E. LOFTIN and CHASE R. DUNAWAY and BLAKE A. JOHNSON; | NO. 07-210-DLD |
| CRAIG A. BRAUD; | NO. 07-202-DLD |
| KENNETH W. STAGG and DARREN E. GRAY; | NO. 07-184-DLD |
| ANDREW J. MAHONEY and DANIEL J. SCHMIDT and JEFFREY R. FRITSCHER; | NO. 07-195-DLD |
| RODGERS C. PAXTON and GREGORY M. BEHRNES; | NO. 07-194-DLD |
| ERICK N. HUSSEIN and JUSTIN P. COURREGE and KANE C. ALTAZIN; | NO. 07-191-DLD |
| STEVEN B. ELLZEY; | NO. 07-193-DLD |
| MICHAEL T. PECHON; | NO. 07-192-DLD |

ALL DEFTS NAMED ABOVE APPEARED

AUSA: Ryan McConnell
Deft. Atty.: E. Trent McCarthy for Kenneth Stagg and Darren Gray

C: cr23; T: 00:05
C: cr1; T:00:05
C: cr48; T:00:05

Deft. Atty.: Kevin Hayes for Andrew Mahoney
Deft. Atty.: J. Rodney Baum for Daniel Schmidt and Jeffrey Fritscher
Deft. Atty.: Charles F. Duchein for Kane Altazin

| | | | |
|---|---|---|---|
| JUDGE: | Docia Dalby | DATE: | November 7, 2007 |
| DEPUTY CLERK: | Joan Sheets-Launey | TAPE/REPORTER: | |
| INTERPRETER: | | PRETRIAL/PROBATION: | Keith Sibille |

## CLERK'S MINUTES
### Rule 5 Hearing, Arraignment and Sentencing

The defendants were questioned by the court.

The Court found the defendants competent to enter a plea.

The defendants were advised of their rights.

All of the defendants except Kenneth Stagg, Darren Gray, Andrew Mahoney, Daniel Schmidt, Jeffrey Fritscher and Kane Altazin waived their right to the assistance of counsel in this matter. All of the defendants consented to proceed before a United States Magistrate Judge. All of the defendants except Craig A. Braud, Andrew J. Mahoney, Daniel J. Schmidt and Jeffrey R. Fritscher submitted advice documents.

The defendants were informed of the charges pending against them and the maximum possible penalties.

C: cr23; T: 00:05
C: cr1; T:00:05
C: cr48; T:00:05

The defendants, Craig A. Braud, Andrew J. Mahoney, Daniel J. Schmidt and Jeffrey R. Fritscher entered pleas of NOT GUILTY and the Court will set trial dates at a later date.

The government read into the record what its evidence would be for trial on the remaining defendants in their respective cases.

The Court GRANTED the government's oral motion to dismiss the following counts against the following defendants: Count Two against Kenneth W. Stagg and Darren E. Gray; Count One against Justin P. Courrege and Kane C. Altazin; and Count Two against Steven B. Ellzey.

The defendants entered pleas of GUILTY to the charges pending against them.

The Court found that each of the defendants acknowledged his guilt, knows his right to trial and the maximum possible punishment. The Court found that there is a factual basis for the guilty pleas. The Court accepted the defendants' guilty pleas and imposed sentence.

The Court informed the defendants of their right to appeal.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**

C: cr23; T: 00:05
C: cr1; T:00:05
C: cr48; T:00:05