U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED NOV - 7 2007
CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| versus | : | CRIMINAL NO. 07-204-DLD |
| JOHN C. FLENIKEN | : | |

### WAIVER BY DEFENDANT OF ASSISTANCE OF COUNSEL

I, JOHN C. FLENIKEN, defendant in the above-numbered and entitled proceeding, having been advised of my constitutional right to have the assistance of counsel for my defense, including my right to have court-appointed counsel if I cannot afford to retain counsel, hereby declare that I do not desire the assistance of counsel and do hereby waive my right to have the assistance of counsel for my defense for this proceeding only.

Dated this 7 day of November, 2007.

_____
DEFENDANT