U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED NOV -7 2007

CLERK

07-204-DLD

# ADVICE TO DEFENDANTS PURSUANT TO
# RULE 11, FEDERAL RULES OF CRIMINAL PROCEDURE

Case Caption: **United States v. John C. Fleniken**

Full Name: *John Christopher Fleniken*

Date of Birth: *1/14/63*

Highest Grade of School: *10th*

1.  The charge against you is:

    Taking and attempting to take ducks while in possession of shot shells loaded with lead shot

2.  The maximum penalty that may be imposed by law is six (6) months imprisonment and/or a $15,000 fine.

3.  Has anyone indicated to you what sentence you will receive? *No* (yes/no)

4.  Do you understand that you have certain rights which are waived upon entering a plea of guilty? *yes* (yes/no)

5.  Do you understand that you have the right to be represented by an attorney at every stage of the proceeding? *yes* (yes/no)

6.  Do you desire to have an attorney represent you? *No* (yes/no)

7.  Do you understand that you have the right to plead not guilty and go to trial? *yes* (yes/no)

8.  Do you understand that if you went to trial, the case would be tried before a magistrate or a district court judge? *yes* (yes/no)

9.  Do you understand that at a trial, the government would have to prove your guilt beyond a reasonable doubt? *yes* (yes/no)

10. Do you understand that at a trial, you would not have to testify or produce evidence, but you could testify or produce evidence on your own behalf if you so desired? *yes* (yes/no)

11. Do you understand that you would have the right to subpoena witnesses to testify on your behalf and to cross-examine witnesses called by the government?
___yes___ (yes/no)

12. Do you understand that by entering a plea of guilty, you are giving up your right to a trial, your right to subpoena witnesses on your behalf, your right to cross-examine witnesses against you, and your right to not be compelled to testify? ___yes___ (yes/no)

13. Do you still want to enter a plea of guilty and waive your right to a trial? ___yes___ (yes/no)

14. Are you in fact guilty of the offense charged? ___yes___ (yes/no)

15. Has anyone made any threats or promises to cause you to plead guilty?
___no___ (yes/no)

I certify that the above answers are true and correct under the penalty of perjury.

_____
Defendant

JOHN CHRISTOPHER FITZWILLIAM
Print Full Name

11/7/07
Date

ATTEST: _____
Ryan D. McConnell
Assistant United States Attorney